## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE:

**DAVID J. DAMBRO,**                                    **Case No. 8:09-bk-03240-CED**
                                                        **Chapter 7**

     Debtor.

_____/

**RICHARD K. DIAMOND,** of the Estate of               **Adversary No. 8:09-ap-00338-CED**
IVDS Interactive Acquisitions Partners,

     Plaintiff,

v.

**DAVID J. DAMBRO,**

     Defendant.

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR COPIES

Philip V. Martino and Laura E. Ward of the law firm of DLA Piper LLP (US),

hereby enter their appearance as counsel of record for Debtor **DAVID J. DAMBRO** in

the above referenced adversary matter.   All such notices and pleadings should be

addressed as follows:

Philip V. Martino
Laura E. Ward
**DLA PIPER LLP (US)**
philip.martino@dlapiper.com
laura.ward@dlapiper.com
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Telephone: 813-222-5938
Facsimile: 312-630-7334

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleadings or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise file with regard to the above-referenced case and the proceedings therein.

Respectfully submitted,

  /s/ Philip V. Martino
Philip V. Martino
Florida Bar No.: 0079189
philip.martino@dlapiper.com
Laura E. Ward
Florida Bar No.: 0873551
laura.ward@dlapiper.com
**DLA PIPER LLP (US)**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Phone: 813.222.5938
Fax:    312.630.7334
**Counsel for David J. Dambro**

## CERTIFICATE OF SERVICE
(Electronic Filing)

**I HEREBY CERTIFY** that on August 5, 2009, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following parties participating in the CM/ECF system: Jon E. Kane (jkane@mateerharbert.com).

  /s/ Philip V. Martino
Attorney